UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,  Case No. 6:19-cr-209-ORL-40LRH

    Plaintiff, ☐
    Government ☒          ☐ Evidentiary
                            ☒ Trial
v.                                       ☐ Other

IVAN ANDRE SCOTT

    Defendant ☐

## JOINT EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| Counts ||||||
| GX 1 | | | | | *Intentionally Left Blank* |
| GX 2 | | | | | Count 2 |
| GX 3 | | | | | Count 3 |
| GX 4 | | | | | Count 4 |
| GX 5 | | | | | Count 5 (HLX_02-00342359;ORL_000509;ORL_000557; HLX_02-00342379; ORL_000510;ORL_000560; HLX_02-00342382;ORL_000512;ORL_000562) |
| GX 6 | | | | | Count 6 (HLX_02-00342359;ORL_000509;ORL_000557) |
| GX 7 | | | | | Count 7 (HLX_02-00342379;ORL_000510;ORL_000560) |
| GX 8 | | | | | Count 8 (HLX_2-00342382;ORL_000512;ORL_000562) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| **100 – Medicare Documents** | | | | | |
| GX 101A | | | | | Personalized Genetics – Medicare Claims Data (CD) |
| GX 101B | | | | | Med Health Services – Medicare Claims Data (CD) |
| GX 101C | | | | | Trinity Laboratory Services – Medicare Claims Data (CD) |
| GX 102 | | | | | Chapter 15 of the Medicare Benefit Policy Manual (ORL_0009676-ORL_0009963) |
| GX 103 | | | | | 42 C.F.R. §411.15 (ORL_0009638-ORL_0009646) |
| GX 104 | | | | | 42 U.S.C. § 1395x (ORL_0009534-ORL_0009603) |
| GX 105 | | | | | 42 C.F.R. §410.32 (ORL_0006605-ORL_0006609) |
| GX 106 | | | | | 42 U.S.C. § 1395y (ORL_0009604-ORL_0009631) |
| GX 107 | | | | | 61 Fed. Reg. § 59490-59716 (ORL_0009307-ORL_0009533) |
| GX 108 | | | | | Department of Health and Human Services, Office of Inspector General, Memorandum Report: Coverage and Payment for Genetic Laboratory Tests (ORL_0009964-ORL_0009999) |
| GX 109 | | | | | LCD 35062 (ORL_016902-ORL_016930) |
| GX 110 | | | | | Medicare Enrollment Document for Personalized Genetics LLC (HLX_04-0003236-HLX_04-0003345) |
| GX 111 | | | | | PECOS Change of Information form for Med Health Services Management LP (HLX_04-0002891-HLX_04-0002898) |
| GX 112 | | | | | Medicare Enrollment Document for Trinity Clinical Laboratories (HLX_04-0004168-HLX_04-0004281) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| GX 113 | | | | | 42 U.S.C.A Ch.7 Social Security Act Table (ORL_016768-ORL_016788) |
| GX 114 | | | | | LCD 36715 (ORL_016932-ORL_016951) |
| **200 – Bank Records** | | | | | |
| GX 201 | | | | | Trustco Bank Account ending x4177 for Scott Global LLC (ORL_000493-ORL_000687) |
| GX 201A | | | | | Account opening documents for Trustco account ending x4177 for Scott Global LLC (ORL_000493-ORL_000507) |
| GX 202 | | | | | BankUnited Account ending x9977 for eLab Partners, Inc (HLX_02-0342091-HLX_02-00342641) |
| GX 203 | | | | | JPMorgan Chase Bank Account ending x9885 for eLab Partners, Inc (HLX_02-0462904-HLX_02-0463013) |
| GX 204 | | | | | Wells Fargo Bank Account ending x1877, x1979, x2054, x2391, x2885, x6339, x6347 for Trinity Clinical Laboratories (CD) (HLX_02-00607254-HLX_02-00607325;HLX_02-00607422-HLX_02-00609775) |
| GX 205 | | | | | S&T Bank Account ending x0433, x3605 for Personalized Genetics LLC (CD) (ORL_0011024-ORL_0011649) |
| GX 206 | | | | | S&T Bank Account ending in x6955 for HSD Consultants LLC (CD) (ORL_0010924-ORL_0011022) |
| GX 207 | | | | | Huntington Bank Account ending x0992 for Med Health Services Management LP (CD) (ORL_0010248-ORL_0010404) |
| GX 208 | | | | | Wells Fargo Bank Account ending in x9416 for Meet My Doc LLC |
| GX 209 | | | | | Payments from eLab to Scott Global LLC (HLX_02-00342352-HLX_02-00462989; ORL_000513-ORL_000588) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| GX 210 | | | | | Payments from Scott Global to MeetMyDoc LLC (HLX_02-00539530-HLX_02-00639693) |
| **300 – Recordings** | | | | | |
| GX 301A | | | | | Recordings of call on June 21, 2019, between Christopher Miano and Ivan Scott (CD) |
| GX 301B | | | | | Recordings of call on June 21, 2019, between Christopher Miano and Ivan Scott (CD) |
| GX 302 | | | | | Transcript of first conversation between Christopher Miano and Ivan Scott on June 21, 2019 (ORL_00010120- ORL_00010121) |
| GX 303 | | | | | Transcript of second conversation between Christopher Miano and Ivan Scott on June 21, 2019 (ORL_00010123- ORL_00010131) |
| GX 304 | | | | | Recording of phone call on June 24, 2019, between Christopher Miano and Ivan Scott (CD) |
| GX 305 | | | | | Transcript of conversation between Christopher Miano and Ivan Scott on June 24, 2019 (ORL_00010133- ORL_00010145) |
| GX 306 | | | | | *Intentionally Left Blank* |
| GX 307 | | | | | *Intentionally Left Blank* |
| GX 308 | | | | | Recording of phone call on July 25, 2019 between Christopher Miano and Ivan Scott (CD) |
| GX 309 | | | | | Transcript of conversation between Christopher Miano and Ivan Scott on July 25, 2019 (ORL_00010152- ORL_00010158) |
| GX 310 | | | | | Recording between Ivan Scott and Jamie Simmons on May 2, 2019 (CD) |
| GX 311 | | | | | Recording between Ivan Scott and Jamie Simmons on July 1, 2019 (CD) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| GX 312 | | | | | Transcript of the recording between Ivan Scott and Jamie Simmons on May 2, 2019 (ORL_00011352) |
| GX 313 | | | | | Transcript of the recording between Ivan Scott and Jamie Simmons on July 1, 2019 (ORL_00011351) |
| | | | **400 – Communications and Documents** | | |
| GX 401 | | | | | Email from Ingrid Schmidt to Donna Geolina, Manuel Larenas and Others dated October 25, 2018 (HLX_01-0001448706) |
| GX 402 | | | | | Email from Ivan Scott to Ingrid Schmidt, Manuel Larenas and Others dated October 26, 2018 (HLX _01-0001377102 – HLX_02-0001377103) |
| GX 403 | | | | | Email from Ivan Scott to Manuel Larenas and Others dated October 27, 2018 (HLX 01-0001435628) |
| GX 404 | | | | | Email from Manuel Larenas to Ingrid Schmidt dated October 30, 2018 (HLX_01-0001438955 – (HLX_01-0001438956) |
| GX 405 | | | | | Email from Ivan Scott to Tiffany Scott, Manuel Larenas and Others dated November 9, 2018 (HLX_01-0001378021) |
| GX 406 | | | | | Email from Manuel Larenas to Ingrid Schmidt dated November 2, 2018 (HLX_01-0001439798 – HLX_01-0001439799) |
| GX 407 | | | | | Email from Manuel Larenas to Chris Miano dated November 19, 2018 (HLX_01-0001374419 – HLX_01-0001374420) |
| GX 408 | | | | | Email from Ivan Scott to Manuel Larenas and Others dated November 29, 2018 (HLX_01-0001369834) |
| GX 409 | | | | | Email from Ivan Scott to Manuel Larenas, Chris Miano and Others dated January 14, 2019 (HLX_01-0001381089) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| GX 410 | | | | | Email from Manuel Larenas to Chris Miano dated January 16, 2019 (HLX_01-0001377835) |
| GX 411 | | | | | Email from Tiffany Scott to Chris Miano, Manuel Larenas and Others dated February 16, 2019 (HLX_01-0001369667) |
| GX 412 | | | | | Email from Tiffany Scott to Chris Miano, Manuel Larenas and Ivan Scott dated March 1, 2019 (HLX_01-0001369673) |
| GX 413 | | | | | Text Message from Manuel Larenas' Cell Phone dated September 26, 2019 (ORL_00011736) |
| GX 414 | | | | | Photograph of Scott Global Office – Downtown Location (ORL_00010220) |
| GX 415 | | | | | Photographs of Scott Global Office – OBT Location (ORL_00010053 – ORL_00010054) |
| GX 416 | | | | | Email from James Simmons to Dino Austin and Chris Miano dated October 15, 2018 (HLX_01-0001376022 – HLX_01-0001376023) |
| GX 417 | | | | | Email from James Simmons to Ivan Scott, Manuel Larenas and Others dated October 25, 2018 (SIMMONS_000027) |
| GX 418 | | | | | Email from Ivan Scott to James Simmons, Manuel Larenas and Others dated October 25, 2018 (SIMMONS_000032) |
| GX 419 | | | | | Email from Ivan Scott to James Simmons and Others dated November 1, 2018 (SIMMONS_000045 – SIMMONS_0000048) |
| GX 420 | | | | | Email from Ivan Scott to James Simmons, Manuel Larenas and Others dated November 1, 2018 (SIMMONS_000049 – SIMMONS_0000051) |
| GX 421 | | | | | Email from Ivan Scott to Donna Geolina, James Simmons and Others dated November 1, 2018 (SIMMONS_000064 – SIMMONS_0000066) |
| GX 422 | | | | | Email from James Simmons to Ivan Scott and Marissa Handley dated November 27, 2018 (SIMMONS_000071 – SIMMONS_000072) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| GX 423 | | | | | Email from Ivan Scott to James Simmons and Marissa Handley dated November 30, 2018 (SIMMONS_000075 – SIMMONS_000076) |
| GX 424 | | | | | Email from James Simmons to Ivan Scott dated December 17, 2018 (SIMMONS_000079 – SIMMONS_000080) |
| GX 425 | | | | | Email from James Simmons to Ivan Scott and Others dated January 9, 2019 (SIMMONS_000086) |
| GX 426 | | | | | Email from James Simmons to Ivan Scott dated January 17, 2019 (SIMMONS_000087) |
| GX 427 | | | | | Email from Ivan Scott to James Simmons dated February 19, 2019 (SIMMONS_000099) |
| GX 428 | | | | | Email from Ivan Scott to James Simmons dated February 19, 2019 (SIMMONS_000101 – SIMMONS_000102) |
| GX 429 | | | | | Email from Ivan Scott to James Simmons and Others dated February 21, 2019 (SIMMONS_000133 – SIMMONS_000137) |
| GX 430 | | | | | Email from Ivan Scott to James Simmons and Renee Tuzon dated February 21, 2019 (SIMMONS_000138 – SIMMONS_000141) |
| GX 431 | | | | | Email from Ivan Scott to James Simmons dated February 22, 2019 (SIMMONS_000159 – SIMMONS_000164) |
| GX 432 | | | | | Email from James Simmons to Ivan Scott and Renee Tuzon dated March 6, 2019 (SIMMONS_000168) |
| GX 433 | | | | | Email from James Simmons to Ivan Scott, Renee Tuzon and Others dated April 11, 2019 (SIMMONS_000193) |
| GX 434 | | | | | Email from Donna Geolina to Jamie Simmons dated April 8, 2019 (SIMMONS_000007 – SIMMONS_000009) |
| GX 435 | | | | | Email from Donna Geolina to Marissa Handley and James Simmons dated April 8, 2019 (SIMMONS_000014 – SIMMONS_00016) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| GX 436 | | | | | Email from James Simmons to Ivan Scott and Marissa Handley dated May 2, 2019 (SIMMONS_000206 – SIMMONS_000208) |
| GX 437 | | | | | Medsymphony Contract between Meet My Doc LLC and Scott Global LLC (SIMMONS_000239 – SIMMONS_000249) |
| GX 438 | | | | | Statement of Work between MeetMyDoc LLC and Scott Global LLC dated October 25, 2018 (SIMMONS_000255 – SIMMONS_000256) |
| GX 439 | | | | | Master Services Agreement between MeetMyDoc LLC and Scott Global LLC (SIMMONS_000259 – SIMMONS_000275) |
| GX 440 | | | | | Statement of Work between Meet My Doc LLC and Scott Global LLC dated March 6, 2019 (SIMMONS_000281 – SIMMONS_000282) |
| GX 441 | | | | | Screenshots from MedSymphony Portal (SIMMONS_000285 – SIMMONS_000293) |
| GX 442 | | | | | Email from James Simmons to Marissa Handley dated July 16, 2018 (HLX_01-0001315277) |
| GX 443 | | | | | *Intentionally Left Blank* |
| GX 444 | | | | | *Intentionally Left Blank* |
| GX 445 | | | | | Email from Ivan Scott to Chris Miano dated January 11, 2019 (HLX_01-0001381414) |
| GX 446 | | | | | Patient Profile Sheet (ORL_00010215) |
| GX 447 | | | | | Email from Ivan Scott to Ingrid Schmidt, Chris Miano, and Others dated November 8, 2018 (HLX_01-0001379013 – HLX_01-0001379014) |
| GX 448 | | | | | Email from Ingrid Schmidt to Ivan Scott, Chris Miano, and Others dated October 31, 2018 (HLX_01-0001369116) |
| GX 449 | | | | | Email from Ingrid Schmidt to Ivan Scott, Chris Miano, and Others dated November 5, 2018 (HLX_01-0001369194) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| GX 450 | | | | | Email from Chris Miano to John Berberian, Chris Lytle, and Others dated June 25, 2018 (HLX 01-0001475580) |
| GX 451 | | | | | Email from Chris Miano to Ivan Scott, Manuel Larenas, and Others dated November 29, 2018 (HLX_01-0001368486) |
| GX 452 | | | | | Business Associate Agreement between eLab Partners, Inc and Scott Global LLC dated September 06, 2018 (ORL_017178-ORL_017187) |
| GX 453 | | | | | Email from Tiffany Scott to Ivan Scott, Chris Miano and Others dated October 29, 2018 (HLX_01-0001378295 – HLX_01-0001378297) |
| GX 454 | | | | | Email from Chris Miano to Juan Carlos, Ivan Scott, and Others dated October 30, 2018 (HLX_01-0001412363 – HLX_01-0001378265) |
| GX 455 | | | | | Email from Ivan Scott to Chris Miano and Manuel Larenas dated January 14, 2019 (HLX_01-0001373345) |
| GX 455A | | | | | Invoice No.1 December 14, 2018 (ORL_00005890) |
| GX 455B | | | | | Invoice No. 2 dated December 21, 2018 (ORL_00005896) |
| GX 455C | | | | | Invoice No. 3 dated December 24, 2018 (ORL_00005897) |
| GX 455D | | | | | Invoice No. 4 dated December 28, 2018 (ORL_00005898) |
| GX 455E | | | | | Invoice No. 5 dated December 31, 2018 (ORL_00005899) |
| GX 455F | | | | | Invoice No. 6 dated January 4, 2019 (ORL_00005900) |
| GX 455G | | | | | Invoice No. 7 dated January 8, 2019 (ORL_00005901) |
| GX 456 | | | | | Email from Tiffany Scott to Chris Miano and Ivan Scott dated July 22, 2019 (ORL_00010159) |
| GX 456A | | | | | Invoice No. 1 dated November 16, 2018 (ORL_00010160) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| GX 456B | | | | | Invoice No. 2 dated November 21, 2018 (ORL_00010161) |
| GX 456C | | | | | Invoice No. 3 dated November 26, 2018 (ORL_00010162) |
| GX 456D | | | | | Invoice No. 4 dated November 30, 2018 (ORL_00010163) |
| GX 456E | | | | | Invoice No. 5 dated December 7, 2018 (ORL_00010164) |
| GX 456F | | | | | Invoice No. 6 dated December 14, 2018 (ORL_00010165) |
| GX 456G | | | | | Invoice No. 7 dated December 21, 2018 (ORL_00010166) |
| GX 456H | | | | | Invoice No. 8 dated December 24, 2018 (ORL_00010167) |
| GX 456I | | | | | Invoice No. 9 dated December 28, 2018 (ORL_00010168) |
| GX 456J | | | | | Invoice No. 10 dated December 28, 2018 (ORL_00010169) |
| GX 456K | | | | | Invoice No. 11 dated January 4, 2019 (ORL_00010170) |
| GX 456L | | | | | Invoice No. 12 dated January 11, 2019 (ORL_00010171) |
| GX 456M | | | | | Invoice No. 13 dated January 11, 2019 (ORL_00010172) |
| GX 456N | | | | | Invoice No. 14 dated January 18, 2019 (ORL_00010173) |
| GX 456O | | | | | Invoice No. 15 dated January 18, 2019 (ORL_00010174) |
| GX 456P | | | | | Invoice No. 16 dated January 25, 2019 (ORL_00010175) |
| GX 456Q | | | | | Invoice No. 17 dated January 25, 2019 (ORL_00010176) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| GX 456R | | | | | Invoice No. 18 dated February 1, 2019 (ORL_00010177) |
| GX 456S | | | | | Invoice No. 19 dated February 8, 2019 (ORL_00010178) |
| GX 456T | | | | | Invoice No. 20 dated February 15, 2019 (ORL_00010179) |
| GX 456U | | | | | Invoice No. 21 dated February 15, 2019 (ORL_00010180) |
| GX 456V | | | | | Invoice No. 22 dated February 22, 2019 (ORL_00010181) |
| GX 456W | | | | | Invoice No. 23 dated March 1, 2019 (ORL_00010182) |
| GX 456X | | | | | Invoice No. 24 dated March 8, 2019 (ORL_00010183) |
| GX 456Y | | | | | Invoice No. 25 dated March 15, 2019 (ORL_00010184) |
| GX 456Z | | | | | Invoice No. 26 dated March 22, 2019 (ORL_00010185) |
| GX 456AA | | | | | Invoice No. 27 dated March 27, 2019 (ORL_00010186) |
| GX 456BB | | | | | Invoice No. 28 dated March 29, 2019 (ORL_00010187) |
| GX 456CC | | | | | Invoice No. 29 dated April 3, 2019 (ORL_00010188) |
| GX 456DD | | | | | Invoice No. 30 dated April 12, 2019 (ORL_00010189) |
| GX 456EE | | | | | Invoice No. 31 dated April 19, 2019 (ORL_00010190) |
| GX 456FF | | | | | Invoice No. 32 dated April 26, 2019 (ORL_00010191) |
| GX 456GG | | | | | Invoice No. 33 dated May 3, 2019 (ORL_00010192) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| GX 457 | | | | | Email from Ivan Scott to Chris Miano dated December 24, 2018 (HLX_01-0001374831) |
| GX 458 | | | | | Email from Tiffany Scott to Chris Miano and Ivan Scott dated February 19, 2019 (HLX_01-0001381026) |
| GX 459 | | | | | Email from Tiffany Scott to Chris Miano and Ivan Scott dated February 19, 2019 (HLX_01-000137651- HLX_01-00013765152) |
| GX 460 | | | | | Carlos Bell Requisition Order (ORL_00009188-ORL_00009199) |
| GX 461 | | | | | Kathryn Baltimore Requisition Order (ORL_00009166 – ORL_00009175) |
| GX 462 | | | | | Lillie Walker Requisition Order (ORL_00009176 – ORL_00009187) |
| GX 463 | | | | | *Intentionally Left Blank* |
| GX 464 | | | | | Laboratory Results for Carlos Bell (ORL_00010089 – ORL_00010093) |
| GX 465 | | | | | *Intentionally Left Blank* |
| GX 466 | | | | | *Intentionally Left Blank* |
| GX 467 | | | | | Email from Ingrid Schmidt to Ivan Scott and other dated November 2, 2018 (HLX_01-0001448583- HLX_01-000144858384) |
| GX 468 | | | | | Letter from Metric Lab Services dated May 20, 2019 (ORL_00005890 – ORL_00005891) |
| GX 469 | | | | | Software License Agreement between Call MD Plus and Scott Global, LLC (ORL _00000692 – ORL _00000714) |
| **500 – Summary Exhibits** | | | | | |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| GX 501 | | | | | Personalized Genetics – Summary of Medicare Claims Data |
| GX 502 | | | | | Med Health Services – Summary of Medicare Claims Data |
| GX 503 | | | | | Trinity Clinical Laboratories– Summary of Medicare Claims Data |
| GX 504 | | | | | All Laboratories – Ordering Physicians |
| GX 505 | | | | | Personalized Genetics Medicare Claims – Scott Global Only |
| GX 506 | | | | | Med Health Services Medicare Claims – Scott Global Only |
| GX 507 | | | | | Trinity Clinical Laboratories Medicare Claims – Scott Global Only |
| GX 508 | | | | | Beneficiaries Over 80 Years of Age – Trinity Clinical Laboratories, Scott Global "Patients" Only |
| GX 509 | | | | | Summary of Payments from Medicare to Personalized Genetics, Med Health Services, Trinity Clinical Laboratories, and from Laboratories to eLab |
| GX 510 | | | | | Summary of Payments from eLab to Scott Global |
| GX 511 | | | | | Summary of Payments from Scott Global to MeetMyDoc |
| GX 512 | | | | | Comparison of Scott Global Invoices and Payments to Scott Global by eLab |
| **600 – Search Warrant Materials** | | | | | |
| GX 601 | | | | | Excel Spreadsheet of "Patient" Database in Medsymphony (CD) |
| GX 602 | | | | | Picture of Medsymphony Portal Interface (HLX_08-00000226) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| **700 – Physical Exhibits** | | | | | |
| GX 701 | | | | | Swab Kit (ORL_00011802 – ORL_00011803) |
| **800 – Corporate Records** | | | | | |
| GX 801 | | | | | Department of State records for Scott Global Enterprises LLC (ORL_00010086 – ORL_00010088) |
| GX 802 | | | | | Department of State records for Scott Global LLC (ORL_00010080 – ORL_00010085) |
| **900 – Depositions and Transcripts** | | | | | |
| GX 901 | | | | | Deposition Video of Lillie Walker (CD) |
| GX 902 | | | | | Transcript of Deposition Video of Lillie Walker (ORL_012063 – ORL_012080) |
| GX 903 | | | | | Deposition Video of Bie Etinge (CD) |
| GX 904 | | | | | Transcript of Deposition Video of Bie Etinge (ORL_011952 – ORL_011963) |
| GX 905 | | | | | Deposition Video of Kathryn Baltimore (CD) |
| GX 906 | | | | | Transcript of Deposition Video of Kathryn Baltimore (ORL_011869 – ORL_011893) |
| GX 907 | | | | | Deposition Video of Lawrence Ngu (CD) |
| GX 908 | | | | | Transcript of Deposition Video of Lawrence Ngu (ORL_011984 – ORL_012001) |
| GX 909 | | | | | Deposition Video of Carlos Bell (CD) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| GX 910 | | | | | Transcript of Deposition Video of Carlos Bell (ORL_011916 – ORL_11936) |
| GX 911 | | | | | Deposition Video of Dr. Teri Richardson (CD) |
| GX 912 | | | | | Transcript of Deposition Video of Dr. Teri Richardson (ORL_012023 – ORL_012044) |