UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:19-cr-00209-ORL-40LRH

IVAN ANDRE SCOTT

### UNITED STATES' AMENDED WITNESS LIST

The United States of America hereby files this Witness List. The witnesses that the United States may present during its case-in-chief at the trial of this matter include, but are not limited to, the following:

1. Lillie Walker
2. Carlos Bell
3. Kathryn Baltimore
4. Bie Etinge
5. Terri Richardson
6. Lawrence Ngu
7. Stephen Quindoza
8. Anthony Magliocco
9. Christopher Miano
10. James Simmons
11. Manuel Larenas

    12.  Fernando Porras

              Respectfully submitted,

              MARIA CHAPA LOPEZ
              United States Attorney

      By:  *s/ Alejandro J. Salicrup*
              Alejandro J. Salicrup
              Department of Justice
              Criminal Division, Trial Attorney
              400 West Washington Street
              Suite 3100
              Orlando, Florida  32801
              Telephone:  (407) 648-7500
              Facsimile:  (407) 648-7643
              E-mail: alejandro.salicrup@usdoj.gov

U.S. v. IVAN ANDRE SCOTT        Case No. 6:19-cr-00209-ORL-40LRH

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

James Smith, Esq.

                        *s/Alejandro J. Salicrup*
                        Alejandro J. Salicrup
                        Department of Justice
                        Criminal Division, Trial Attorney
                        400 West Washington Street
                        Suite 3100
                        Orlando, Florida  32801
                        Telephone:  (407) 648-7500
                        Facsimile:  (407) 648-7643
                        E-mail: alejandro.salicrup@usdoj.gov