UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:19-cr-00209-PGB-LRH

IVAN ANDRE SCOTT

## **JOINT FACTUAL STIPULATION OF THE PARTIES**

The United States of America, through the undersigned DOJ Trial Attorneys, the Defendant, Ivan Andre Scott, and defense counsel for the Defendant, James Smith, hereby enter into this Stipulation of the Parties. The United States of America and the defendant, Ivan Andre Scott, (collectively referred to as the "Parties") jointly stipulate and agree as follows:

The Parties stipulate and agree that the following facts have been proved beyond a reasonable doubt:

1. Government Exhibit 601 is a true an accurate representation of the Excel Spreadsheet of the Patient Database in the Medsymphony Database. This exhibit is authenticated for the purpose of Fed. R. Evid. 901. This exhibit is admissible for all relevant purposes without the need of a records custodian or other witness.

2. Government Exhibit 602 is a true an accurate representation of a screenshot of the Patient Database in the Medsymphony Database. This exhibit is authenticated for the purpose of Fed. R. Evid. 901. This exhibit is admissible for all relevant purposes without the need of a records custodian or other witness.

3. The Florida Department of State records list Ivan Scott as the registered agent and person authorized to manage Scott Global LLC. These records list the address for Scott Global LLC in 2018 as 6925 Lake Ellenor Drive, Suite 126, Orlando, FL 32809. The records also list the address for Scott Global LLC in 2019 as 14 East Washington St. Suite 406, Orlando, FL 32801.

4. The Florida Department of State records list Ivan Scott as the registered agent and person authorized to manage Scott Global Enterprises LLC. The same records list 3800 Carrick Bend Drive Kissimmee, FL 34746 as the address location for Scot Global Enterprises LLC.

5. Government Exhibits 801 and 802, which are corporate records stating the information identified in paragraphs 3 and 4 above, are authenticated for the purpose of Fed. R. Evid. 901. These

documents are admissible for all relevant purposes without the need of a records custodian or other witness.

6. The video recordings and accompanying transcripts of the depositions of Lillie Walker (Government Exhibit 901 and 902), Dr. Bie Etinge (Government Exhibit 903 and 904), Kathryn Baltimore (Government Exhibit 905 and 906), Dr. Lawrence Ngu (Government Exhibit 907 and 908), Carlos Bell (Government Exhibit 909 and 910), and Dr. Teri Richardson (Government Exhibit 911 and 912) were taken in open court in the presence of the Hon. Paul G. Byron, Ivan Scott, counsel for the government, and defense counsel. The parties stipulate that Government Exhibits 901, 902, 903, 904, 905, 906, 907, 908, 909, 910, 911, and 912 are authenticated for the purpose of Fed. R. Evid. 901. These documents are admissible for all relevant purposes without the need of a records custodian or other witness.

7. Any and all Medicare, bank, and email records that are introduced in this case are authenticated for purposes of Fed. R. Evid. 901. These records are admissible for all relevant purposes without the need of a records custodian.

So stipulated this 28 day of September, 2020.

Respectfully submitted,

*[signature]*

James W. Smith III, Esq.
Florida Bar No. 96438
201 E Pine Street
Suite 445
Orlando, Florida 32801
Telephone: (407) 233-0557
Facsimile: (407)-647-5396
Email: jsmith@cplspa.com

MARIA CHAPA LOPEZ
United States Attorney

*[signature]*

Alejandro J. Salicrup
Department of Justice
Criminal Division, Trial Attorney
400 West Washington Street
Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: alejandro.salicrup@usdoj.gov

*[signature]*

Jamie de Boer
Department of Justice
Criminal Division, Trial Attorney
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 304-6801
E-mail: jamie.deboer@usdoj.gov

*[signature]*

IVAN ANDRE SCOTT
Defendant