UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

Plaintiff;

v.                              CASE NO. 6:19-cr-00209-ORL-40LRH

IVAN ANDRE SCOTT
Defendant.
_____/

## IVAN SCOTT'S WITNESS LIST

The Defendant hereby files this Witness List. The witnesses that Ivan Scott may present during his case-in-chief at the trial of this matter include, but are not limited to, the following:

1. Robyn Lynn Sztyndor
2. Carlos Bell
3. Kathryn Baltimore
4. Bie Etringe
5. Terri Richardson
6. Lawrence Ngu
7. Stephen Quindoza
8. Antonhy Magliocco
9. Christopher Miano

10. James Simmons

11. Manuel Larenas

12. Fernando Porras

Respectfully submitted,

By: *s/ James Smith*

                              James Smith
                              9100 Conroy Windermere Road #200
                              Windermere, FL 34786
                              Telephone: (407) 924 8595
                              E-mail: Attorneytreysmith@gmail.com