

# EXHIBIT LIST

\_\_\_ **PLAINTIFF**      X **DEFENDANT**      \_\_\_ **JOINT**

\_\_\_ **GOVERNMENT**  \_\_\_ **COURT**

**CASE NO.** 6:19-cr-209-ORL-40LRH
**STYLE:** United States of America v. Ivan Andre Scott

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| DX1 | | | | | USPSTF BRCA Screening Guidelines (complete with clinical recommendations) (2013 & 2019) |
| DX2 | | | | | Chapter 18 of the Medicare Claims Processing Manual (2014) |
| DX3 | | | | | Novitas Local Coverage Article A52986 (from 10/01/2015 to 12/12/2020) |
| DX4 | | | | | Chapter 13 of the Medicare Program Integrity Manual (2019) |
| DX5 | | | | | Chapter 16 of the Medicare Claims Processing Manual (2017) |
| DX6 | | | | | NCD 90.2 (March 16, 2018) |
| DX7 | | | | | NCD 90.2 Revised Decision Memo CAG-0045-OR (Jan. 2020 version) |
| DX8 | | | | | 2011 Community Preventive Services Task Force Annual Report to Congress |
| DX9 | | | | | 2012 Community Preventive Services Task Force Annual Report to Congress |
| DX10 | | | | | CMS.gov Background The Affordable Care Act's New Rules on Preventive Care ( |
| DX11 | | | | | Center for Disease Control "A Framework for Patient-Centered Health Risk Assessments" (Medicare Beneficiary Coverage) |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

\_\_\_ **Plaintiff**     X **Defendant**     \_\_\_ **Joint**

\_\_\_ **Government** \_\_\_ **Court**

Case No.: 6:19-cr-209-ORL-40LRH
Style: United States of America v. Ivan Andre Scott

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| DX12 | | | | | Medicare Learning Network Annual Wellness Visit ICN 905706 August 2018 |
| DX13 | | | | | Guide to Clinical Preventive Services (2014 to 2020) |
| DX14 | | | | | 81 Fed. Reg. 88397 |
| DX15 | | | | | 65 Fed. Reg. 24408-10 |
| DX16 | | | | | Medicare Learning Network Matters No. SE1129 Revised (March 2, 2012) |
| DX17 | | | | | USPSTF Grade Definitions (July 2012) https://www.uspreventiveservicestaskforce.org/uspstf/grade-definitions#july2012 |
| DX18 | | | | | "The ACA and Cancer Screening and Diagnosis" NCBI Article by Sabik & Adunlin Cancer J. 2017 May-Jun; 23(3): 151–162 |
| DX19 | | | | | USPSTF BRCA Clinical Summary (2013 & 2019) |
| DX20 | | | | | Adult Preventive Health Care Schedule: Recommendations from the USPSTF (as of June 1 2018) |
| DX21 | | | | | October 30, 2013 HHS Sebelius Letter to The Honorable Jim McDermott regarding exemptions of federal healthcare programs |
| DX22 | | | | | *Downs v. Trias*, 306 Conn. 81 *; 49 A.3d 180 (CT 2012) |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

___ **Plaintiff**     _X_ **Defendant**    ___ **Joint**

___ **Government** ___ **Court**

**Case No.** 6:19-cr-209-ORL-40LRH
**Style:** United States of America v. Ivan Andre Scott

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| DX23 | | | | | 42 U.S.C. §1395x |
| DX24 | | | | | 42 U.S.C. §1395l |
| DX25 | | | | | 42 U.S.C. §1395m |
| DX26 | | | | | COMPILATION OF PATIENT PROTECTION AND AFFORDABLE CARE ACT (ACA Sections 1302; 4003-4105; & 6402 |
| DX27 | | | | | "What You Need to Know About Medicare Preventive Services Expansion" AAFP Publication by Cindy Hughes, CPC (2011) |
| DX28 | | | | | David C. Grossman, M.D., M.P.H. Chair, U.S. Preventive Services Task Force USPSTF brief (2012) |
| DX29 | | | | | CDC Screen Out Cancer Patient Navigator (https://www.cdc.gov/screenoutcancer/patient-navigation.htm) |
| DX30 | | | | | 42 U.S.C. §256a |
| DX31 | | | | | . 70 Fed. Reg. 4873 (Jan. 31, 2005) |
| DX32 | | | | | 42 C.F.R. §1003.110 |
| DX33 | | | | | 42 U.S.C. § 18022 |

[1] Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

___ PLAINTIFF    X DEFENDANT    ___ JOINT

___ GOVERNMENT    ___ COURT

CASE NO. 6:19-cr-209-ORL-40LRH
STYLE: United States of America v. Ivan Andre Scott

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| DX34 | | | | | *United States v. Boston Heart Diagnostic Corp.*, 296 F. Supp. 3d 155 2017 U.S. Dist. LEXIS 202982 *9-10; 2017 WL 6327540 (DDC Dec. 11, 2017). |
| DX35 | | | | | June 21, 2019 to May 15, 2020 Email Chain complete with all attachments from Sam Louis, Esq. to Ivan Scott, et. al. |
| DX36 | | | | | June 22, 2019 Email Chain complete with all attachments from Robyn Sztyndor, Esq. to Sam Louis, Esq. with Ivan Scott, et. al. |
| DX37 | | | | | Chapter 15 of the Medicare Benefit Policy Manual. |
| DX38 | | | | | CRS Report R40978, *"Medicare Coverage of Clinical Preventive Services"* (March 18, 2010). |
| DX39 | | | | | |
| DX40 | | | | | |
| DX41 | | | | | |
| DX42 | | | | | |
| DX43 | | | | | |
| DX44 | | | | | |

---

[1] Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.