# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
**Jury Trial (Day 1)**

Case Number: 6:19-cr-209-Orl-40LRH

**UNITED STATES OF AMERICA**　　　　　Government's
　　　　　　　　　　　　　　　　　　　Counsel:　Alejandro Salicrup
　　　　**Plaintiff,**　　　　　　　　　　　Jamie de Boer

v.

**Ivan Andre Scott**　　　　　　　　　　Defense
　　　　　　　　　　　　　　　　　　　Counsel:　James Smith
　　　　**Defendant.**

| Judge: | Paul G. Byron | Court Reporter: | Nikki Peters courttranscripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | January 4, 2021 | Time: | 9:18 AM – 1:04 PM<br>2:10 PM – 5:03 PM<br>TOTAL: 5 hours, 39 minutes |

9:18 AM　　Case called. Appearances taken.

9:22 AM　　Panel 1 enters. Voir dire begins.

10:45 AM　　Panel 1 exits. Brief recess.

10:58 AM　　Court resumes. The Court discusses challenges with the parties.

11:05 AM　　Panel 2 enters. Voir dire begins.

12:28 PM　　Panel 2 exits. The Court discusses challenges for cause with the parties. Brief recess.

12:49 PM　　Court resumes. The Court discusses peremptory challenges with the parties.

1:04 PM　　A panel is selected. Lunch break.

| | |
|---|---|
| 2:10 PM | Court resumes. Jury enters and is sworn. The Court reads preliminary instructions. |
| 2:30 PM | Government's opening statements by Mr. Salicrup. |
| 2:48 PM | Defendant's opening statements by Mr. Smith. |
| 2:58 PM | Government's witness, Stephen Quindoza: sworn and testified. Direct examination of Mr. Quindoza conducted by Ms. de Boer. |
| 3:41 PM | Afternoon recess. Jury exits. |
| 4:01 PM | Court resumes. Jury re-enters. Direct examination of Mr. Quindoza by Ms. de Boer continues. |
| 4:58 PM | Jury is excused for the evening. The Court addresses matters with the parties. |
| 5:03 PM | Court is adjourned for the evening. Court will resume on Tuesday, January 5, 2021 at 9:00 AM. |