# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
**Jury Trial (Day 2)**

Case Number: 6:19-cr-209-Orl-40LRH

**UNITED STATES OF AMERICA**  **Government's Counsel:** Alejandro Salicrup
  Jamie de Boer
  **Plaintiff,**

v.

**Ivan Andre Scott**  **Defense Counsel:** James Smith

  **Defendant.**

| Judge: | Paul G. Byron | Court Reporter: | Nikki Peters courttranscripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | January 5, 2021 | Time: | 9:07 AM – 12:03 PM<br>1:08 PM – 4:54 PM<br>TOTAL: 6 hours, 42 minutes |

9:07 AM    Court resumes from Monday, January 4, 2021. The Court addresses matters with the parties.

9:12 AM    Jury enters. Direct examination of Mr. Quindoza by Ms. de Boer continues.

9:46 AM    Cross-examination of Mr. Quindoza conducted by Mr. Smith.

10:08 AM    Redirect examination of Mr. Quindoza conducted by Ms. de Boer.

10:15 AM    Morning recess.

10:34 AM    Court resumes. Jury re-enters. Government's witness, Christopher Miano: sworn and testified. Direct examination of Mr. Miano conducted by Mr. Salicrup.

12:03 PM    Lunch break. Jury exits.

1:08 PM    Court resumes. Direct examination of Mr. Miano by Mr. Salicrup continues.

2:40 PM        Afternoon recess. Jury exits.

3:00 PM        Court resumes. Jury re-enters. Direct examination of Mr. Miano by Mr. Salicrup continues.

4:54 PM        Court is adjourned for the evening. Court will resume on Wednesday, January 6, 2021 at 9:00 AM.