## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                          Benjamin C. Wynn
Clerk of Court                                          Orlando Division Manager

**DATE:** April 29, 2021

**TO:**    Clerk, U.S. Court of Appeals for the Eleventh Circuit

---

## UNITED STATES OF AMERICA

## VS.                                  **CASE NO: 6:19-cr-209-PGB-LRH**

## IVAN ANDRE SCOTT

---

**U.S.C.A. Case No.:          TBD**


- Honorable Paul G. Byron, United States District Judge appealed from.

- Appeal filing fee was paid.

- Copy of Notice of Appeal, docket entries, judgment and/or order appealed from.


ELIZABETH M. WARREN, CLERK

By:       s/MJ, Deputy Clerk

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

### Case No.: 6:19-cr-00209-PGB-LRH

UNITED STATES OF AMERICA,

v.

IVAN ANDRE SCOTT,

_____/

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that IVAN ANDRE SCOTT, the Defendant in the above

named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from

the final judgment and sentence (DE #153), entered in this action on April 15, 2021.

> Respectfully submitted,
>
> */s/ Claudia Pastorius*
> Claudia T. Pastorius, Esq.
> Fla. Bar. No. 113597
> Claudia T. Pastorius, P.A.
> 802 E. New Haven Ave. Melbourne, FL 32901
> (321) 450-1100
> claudiapastorius@gmail.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to all counsel

of record by filing via the CM/ECF system on this 28th day of April, 2021.

> Respectfully submitted,
>
> */s/ Claudia Pastorius*
> Claudia T. Pastorius, Esq.

APPEAL, BOND, CLOSED

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:19-cr-00209-PGB-LRH-1

Case title: USA v. Scott

Date Filed: 09/24/2019
Date Terminated: 04/14/2021

---

Assigned to: Judge Paul G. Byron
Referred to: Magistrate Judge Leslie R. Hoffman

**Defendant (1)**

**Ivan Andre Scott**
*TERMINATED: 04/14/2021*

represented by **James Wesley Smith , III**
120 East Robinson St.
Orlando, FL 32801
407/924-8595
Email: Attorneytreysmith@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Claudia Teresa Pastorius**
Law Offices of Claudia Pastorius, PA
802 E. New Haven Ave
Melbourne, FL 32901
321-450-1100
Fax: 321-406-1000
Email: claudiapastorius@gmail.com
*ATTORNEY TO BE NOTICED*

**Pending Counts**

18:1349.F ATTEMPT AND CONSPIRACY
TO COMMIT MAIL FRAUD (conspiracy
to commit health care fraud)
(1)

18:1347.F HEALTH CARE FRAUD
(2-4)

**Disposition**

IMPRISONMENT: 120 months. This
consists of a 120-month term as to each of
Counts One through Four, and a 60-month
term as to each of Counts Five through
Eight, all such terms to run concurrently;
SUPERVISED RELEASE: 2 years. This
term consists of a 2-year term as to each of
Counts One through Eight, all such terms to
run concurrently; FINE: Waived; SPECIAL
ASSESSMENT: $800.00 ($100.00 per
count).

IMPRISONMENT: 120 months. This
consists of a 120-month term as to each of
Counts One through Four, and a 60-month
term as to each of Counts Five through
Eight, all such terms to run concurrently;

| | |
|---|---|
| | SUPERVISED RELEASE: 2 years. This term consists of a 2-year term as to each of Counts One through Eight, all such terms to run concurrently; FINE: Waived; SPECIAL ASSESSMENT: $800.00 ($100.00 per count). |
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (conspiracy to defraud the US and pay and receive health care kickbacks) (5) | IMPRISONMENT: 120 months. This consists of a 120-month term as to each of Counts One through Four, and a 60-month term as to each of Counts Five through Eight, all such terms to run concurrently; SUPERVISED RELEASE: 2 years. This term consists of a 2-year term as to each of Counts One through Eight, all such terms to run concurrently; FINE: Waived; SPECIAL ASSESSMENT: $800.00 ($100.00 per count). |
| 42:1320A.F PAYMENT TO NON-LICENSED PHYSICIAN (receipt of kickbacks in connection with a Federal Health Care Program) (6-8) | IMPRISONMENT: 120 months. This consists of a 120-month term as to each of Counts One through Four, and a 60-month term as to each of Counts Five through Eight, all such terms to run concurrently; SUPERVISED RELEASE: 2 years. This term consists of a 2-year term as to each of Counts One through Eight, all such terms to run concurrently; FINE: Waived; SPECIAL ASSESSMENT: $800.00 ($100.00 per count). |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

| **Plaintiff** | | |
|---|---|---|
| **USA** | represented by | **Alejandro J. Salicrup** |
| | | US Attorney's Office - FLM* |
| | | Suite 3100 |
| | | 400 W Washington St |
| | | Orlando, FL 32801 |
| | | 407/648-7500 |

Fax: 407/648-7643
Email: Alejandro.Salicrup2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Timothy P. Loper**
US Department of Justice
Criminal Division, Fraud Section
12020 Miramar Parkway
Miramar, FL 33025
202-262-6276
Email: timothy.loper@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jamie A. de Boer**
United States Department of Justice
1400 New York Ave. NW
Washington, DC 20005
202-304-6801
Email: jamie.deboer@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Kathryn C. Furtado**
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20530
202-794-2173
Email: kathryn.furtado@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Nicole M. Andrejko**
US Attorney's Office - FLM
Suite 3100
400 W Washington St
Orlando, FL 32801
407/648-7560
Fax: 407/648-7643
Email: nicole.andrejko@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/24/2019 | 1 | INDICTMENT returned in open court as to Ivan Andre Scott as to Counts 1-8. (MAA) (Entered: 09/26/2019) |
| 09/24/2019 | 2 | MOTION to Seal Indictment and Related Documentsby USA as to Ivan Andre Scott. (MAA) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 09/26/2019) |
| 09/24/2019 | 3 | **ORDER granting 2 Motion to Seal as to Ivan Andre Scott. Signed by Magistrate Judge Amanda Arnold Sansone on 9/24/2019. (MAA)** (Entered: 09/26/2019) |

| 09/26/2019 | | Arrest (Self-surrender) of Ivan Andre Scott on 9/26/19 (PML) (Entered: 09/26/2019) |
|---|---|---|
| 09/26/2019 | 5 | NOTICE OF ATTORNEY APPEARANCE: James Wesley Smith, III appearing for Ivan Andre Scott (Smith, James) (Entered: 09/26/2019) |
| 09/26/2019 | 6 | Minute Entry for proceedings held before Magistrate Judge Thomas B. Smith: Initial Appearance and ARRAIGNMENT as to Ivan Andre Scott (1) Count 1, 2-4, 5, 6-8 held on 9/26/2019 Defendant pled not guilty. (Digital) (PML) (Entered: 09/26/2019) |
| 09/26/2019 | 7 | **ORDER Setting Conditions of Release. Signed by Magistrate Judge Thomas B. Smith on 9/26/2019. ctp (PML)** (Entered: 09/26/2019) |
| 09/26/2019 | 8 | **SCHEDULING ORDER as to Ivan Andre Scott Status Conference set for 10/8/2019 at 3:00 PM in Orlando Courtroom 4 B before Judge Paul G. Byron, Jury Trial set for 11/4/2019 at 9:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. Signed by Magistrate Judge Thomas B. Smith on 9/26/2019. ctp (PML)** (Entered: 09/26/2019) |
| 09/27/2019 | 9 | Arrest Warrant Returned Executed on 09/26/19 as to Ivan Andre Scott. (JP) (Entered: 09/27/2019) |
| 10/08/2019 | 11 | Minute Entry for proceedings held before Judge Paul G. Byron: STATUS Conference as to Ivan Andre Scott held on 10/8/2019. Court Reporter: Koretta Stanford (GNB)copies e-mailed (Entered: 10/10/2019) |
| 10/08/2019 | 12 | ORAL MOTION to continue trial by Ivan Andre Scott. (GNB) (Entered: 10/10/2019) |
| 10/08/2019 | 13 | **ORAL ORDER granting 12 Motion to continue trial as to Ivan Andre Scott (1). After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until and including January 31, 2020 shall be "excludable time" pursuant to 18 U.S.C. § 3161(h). Jury Trial set for 1/13/2020 at 9:00 AM in Orlando Courtroom 4B before Judge Paul G. Byron. Status Conference set for 12/16/2019 at 4:00 PM in Orlando Courtroom 4B before Judge Paul G. Byron. Rendered in Open Court by Judge Paul G. Byron on 10/8/2019. (GNB)** (Entered: 10/10/2019) |
| 10/18/2019 | 14 | WAIVER of speedy trial through January 31, 2020 by Ivan Andre Scott (Smith, James) (Entered: 10/18/2019) |
| 12/16/2019 | 15 | WAIVER of speedy trial through March 31, 2020 by Ivan Andre Scott (Smith, James) (Entered: 12/16/2019) |
| 12/16/2019 | 16 | Minute Entry for proceedings held before Judge Paul G. Byron: STATUS Conference as to Ivan Andre Scott held on 12/16/2019. Court Reporter: Koretta Stanford (GNB)copies e-mailed (Entered: 12/17/2019) |
| 12/16/2019 | 17 | ORAL MOTION to Continue Trial by Ivan Andre Scott. (GNB) (Entered: 12/17/2019) |
| 12/16/2019 | 18 | **ORAL ORDER granting 17 Motion to continue trial as to Ivan Andre Scott (1). After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until and including March 31, 2020 shall be "excludable time" pursuant to 18 U.S.C. § 3161(h). Date Certain Jury Trial set for 3/16/2020 at 9:00 AM in Orlando Courtroom 4B before Judge** |

| | | |
|---|---|---|
| | | Paul G. Byron. Status Conference set for 2/18/2020 at 4:00 PM in Orlando Courtroom 4B before Judge Paul G. Byron. Signed by Judge Paul G. Byron on 12/16/2019. (GNB) copies e-mailed (Entered: 12/17/2019) |
| 12/23/2019 | 19 | Receipt for Surrender of Passport as to Ivan Andre Scott Passport Number 582465888 issued by U.S.A (BIA) (Entered: 12/23/2019) |
| 02/12/2020 | 20 | NOTICE OF RESCHEDULING HEARING: The Status Conference previously scheduled for 2/18/2020 is rescheduled as to Ivan Andre Scott for 2/20/2020 at 4:00 PM in Orlando Courtroom 4B before Judge Paul G. Byron.(GNB) copies e-mailed (Entered: 02/12/2020) |
| 02/20/2020 | 21 | Minute Entry for proceedings held before Judge Paul G. Byron: STATUS Conference as to Ivan Andre Scott held on 2/20/2020. Court Reporter: Koretta Stanford (GNB)copies e-mailed (Entered: 02/21/2020) |
| 02/24/2020 | 22 | **CRIMINAL PRETRIAL ORDER as to Ivan Andre Scott. Signed by Judge Paul G. Byron on 2/24/2020. (GNB) copies e-mailed** (Entered: 02/24/2020) |
| 02/24/2020 | 23 | NOTICE OF ATTORNEY APPEARANCE Timothy P. Loper appearing for USA. (Loper, Timothy) (Entered: 02/24/2020) |
| 02/26/2020 | 24 | NOTICE *of Intent to Offer Into Evidence At Trial Certified Domestic Records Of Regularly Conducted Activity* by USA as to Ivan Andre Scott (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit) (Salicrup, Alejandro) (Entered: 02/26/2020) |
| 02/26/2020 | 25 | MOTION in Limine *to Preclude Evidence of Legitimate Billing or Services or Prior Instances of Good Conduct to Negate Criminal Intent* by USA as to Ivan Andre Scott. (Loper, Timothy) Modified on 2/27/2020 (ALL). (Entered: 02/26/2020) |
| 02/26/2020 | 26 | MOTION *to Admit Evidence Relating to Medicare's Regulations and Local Coverage Determinations* by USA as to Ivan Andre Scott. (Loper, Timothy) Modified on 2/27/2020 (ALL). (Entered: 02/26/2020) |
| 02/26/2020 | 27 | MOTION in Limine *to Prohibit Using Law Enforcement Reports to Impeach Government Witnesses* by USA as to Ivan Andre Scott. (Loper, Timothy) Modified on 2/27/2020 (ALL). (Entered: 02/26/2020) |
| 02/26/2020 | 28 | MOTION in Limine *to Preclude Defendant from Blaming Medicare* by USA as to Ivan Andre Scott. (Loper, Timothy) (Entered: 02/26/2020) |
| 02/26/2020 | 29 | MOTION in Limine *to Preclude Any Reference to Uncharged Criminal Conduct of Cooperating Witnesses* by USA as to Ivan Andre Scott. (Loper, Timothy) Modified on 2/27/2020 (ALL). (Entered: 02/26/2020) |
| 03/01/2020 | 30 | SECOND NOTICE of Intent to Offer into Evidence at Trial Certified Domestic Records of Regularly Conducted Activity by USA as to Ivan Andre Scott (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Salicrup, Alejandro) Modified on 3/2/2020 (RDO). (Entered: 03/01/2020) |
| 03/02/2020 | 31 | **MARCH 2020 TRIAL CALENDAR for United States District Judge Paul G. Byron as to Ivan Andre Scott.(GNB) copies e-mailed** (Entered: 03/02/2020) |
| 03/05/2020 | 32 | MOTION for Leave to File a Motion to Compel Discovery, or in the alternative, to Preclude Advice of Counsel and Good Faith Defenses by USA as to Ivan Andre Scott. (Attachments: # 1 Exhibit A (Motion to Compel or Preclude), # 2 Exhibit 1 to Exhibit A (Judge Altonaga Order), # 3 Exhibit 2 to Exhibit B (Judge Goodman Order), # 4 |

| | | |
|---|---|---|
| | | Exhibit 3 to Exhibit A (Proposed Order on Motion to Compel))(Loper, Timothy) Modified on 3/6/2020 (ALL). (Entered: 03/05/2020) |
| 03/09/2020 | 33 | Proposed Jury Instructions by USA as to Ivan Andre Scott (Salicrup, Alejandro) (Entered: 03/09/2020) |
| 03/09/2020 | 34 | **ORDER re 32 MOTION for Leave to File a Motion to Compel Discovery, or in the alternative, to Preclude Advice of Counsel and Good Faith Defenses filed by USA. The Defendant shall produce to the Government no later than noon, March 11, 2020, the following:(1) identify to the Government every attorney who was purportedly consulted and who provided advice of any nature related to the subject of the good faith advice of counsel defense; (2) waive privilege over, and produce to the Government, all communications the Defendant had with those attorneys related to the advice of counsel defense. The failure to produce the above-described material as ordered shall result in the preclusion of the advice of counsel defense. Signed by Judge Paul G. Byron on 3/9/2020. (GNB) copies e-mailed** (Entered: 03/09/2020) |
| 03/09/2020 | 35 | PROPOSED verdict form filed by USA as to Ivan Andre Scott (Salicrup, Alejandro) (Entered: 03/09/2020) |
| 03/09/2020 | 36 | PROPOSED Voir Dire by USA as to Ivan Andre Scott (Salicrup, Alejandro) (Entered: 03/09/2020) |
| 03/09/2020 | 37 | NOTICE of Filing *Memorandum of Law Regarding Forfeiture* by USA as to Ivan Andre Scott (Andrejko, Nicole) Modified on 3/10/2020 (ALL). (Entered: 03/09/2020) |
| 03/10/2020 | 38 | NOTICE of *Intent to Offer into Evidence at Trial Certified Domestic Records* by USA as to Ivan Andre Scott (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Loper, Timothy) Modified on 3/11/2020 (ALL). (Entered: 03/10/2020) |
| 03/11/2020 | 39 | MOTION in Limine *Regarding Advice of Counsel Defense* by USA as to Ivan Andre Scott. (Attachments: # 1 Text of Proposed Order)(Loper, Timothy) (Entered: 03/11/2020) |
| 03/11/2020 | 40 | WITNESS LIST by USA as to Ivan Andre Scott (Salicrup, Alejandro) (Entered: 03/11/2020) |
| 03/11/2020 | 41 | EXHIBIT LIST by USA as to Ivan Andre Scott (Salicrup, Alejandro) (Entered: 03/11/2020) |
| 03/12/2020 | 42 | **ENDORSED ORDER granting 25 Motion in Limine as to Ivan Andre Scott (1) as unopposed; granting 26 Motion to Admit Evidence as to Ivan Andre Scott (1) as unopposed; granting 27 Motion in Limine as to Ivan Andre Scott (1) as unopposed; granting 28 Motion in Limine as to Ivan Andre Scott (1) as unopposed. Signed by Judge Paul G. Byron on 3/12/2020. (GNB) copies e-mailed** (Entered: 03/12/2020) |
| 03/12/2020 | 43 | **ENDORSED ORDER granting 29 Motion in Limine as to Ivan Andre Scott (1) as unopposed. Signed by Judge Paul G. Byron on 3/12/2020. (GNB) copies e-mailed** (Entered: 03/12/2020) |
| 03/12/2020 | 44 | **ORDER granting 39 Motion in Limine as to Ivan Andre Scott (1). Signed by Judge Paul G. Byron on 3/12/2020. (GNB) copies e-mailed** (Entered: 03/12/2020) |
| 03/12/2020 | 45 | WITNESS LIST by Ivan Andre Scott (Smith, James) (Entered: 03/12/2020) |
| 03/13/2020 | 46 | First MOTION to Continue trial by USA as to Ivan Andre Scott. (Salicrup, Alejandro) (Entered: 03/13/2020) |

| 03/13/2020 | 47 | **ENDORSED ORDER granting 46 Motion to Continue as to Ivan Andre Scott (1). After considering all the factors, including those set forth in 18 U.S.C. § 3161(h) (7)(B), the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until and including May 31, 2020 shall be "excludable time" pursuant to 18 U.S.C. § 3161(h). Jury Trial set for the May trial term beginning on 5/4/2020 at 9:00 AM in Orlando Courtroom 4B before Judge Paul G. Byron., Status Conference set for 4/20/2020 at 4:00 PM in Orlando Courtroom 4B before Judge Paul G. Byron. Signed by Judge Paul G. Byron on 3/13/2020. (GNB)** copies e-mailed (Entered: 03/13/2020) |
|---|---|---|
| 03/25/2020 | 48 | NOTICE of pendency of related cases re order of compliance to Local Rule as to Ivan Andre Scott by USA. Related case(s): yes (Salicrup, Alejandro) (Entered: 03/25/2020) |
| 03/25/2020 | 49 | CERTIFICATE of interested persons and corporate disclosure statement by USA (Salicrup, Alejandro) (Entered: 03/25/2020) |
| 04/13/2020 | 50 | NOTICE re 47 Status Conference set for 4/20/2020. This hearing will be held telephonically. The parties shall call 888-363-4735 ten minutes before the hearing is scheduled to begin. Access Code: 3126210. Security Code: 042020. (GNB) copies e-mailed (Entered: 04/13/2020) |
| 04/20/2020 | 51 | Minute Entry for proceedings held before Judge Paul G. Byron: TELEPHONIC STATUS Conference as to Ivan Andre Scott held on 4/20/2020. Court Reporter: Koretta Stanford (GNB)copies e-mailed (Entered: 04/21/2020) |
| 04/20/2020 | 52 | ORAL MOTION to Continue Trial by Ivan Andre Scott. (GNB) (Entered: 04/21/2020) |
| 04/20/2020 | 53 | **ORAL ORDER granting 52 Motion to Continue as to Ivan Andre Scott (1). After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until and including August 31, 2020 shall be "excludable time" pursuant to 18 U.S.C. § 3161(h). Date Certain Jury Trial set for 8/3/2020 at 9:00 AM in Orlando Courtroom 4B before Judge Paul G. Byron. A Status Conference is set for 6/15/2020 at 4:00 PM in Orlando Courtroom 4 B before Judge Paul G. Byron. Rendered in Open Court by Judge Paul G. Byron on 4/20/2020. (GNB)** copies e-mailed (Entered: 04/21/2020) |
| 05/21/2020 | 54 | MOTION to Continue Trial, or in the Alternative, that Rule 15 Depositions be Conducted in the Presence of the Court by USA as to Ivan Andre Scott. (Salicrup, Alejandro) Modified on 5/22/2020 (MEJ). (Entered: 05/21/2020) |
| 05/22/2020 | 55 | NOTICE OF HEARING ON MOTION re 54 MOTION to Continue Trial, or in the Alternative, that Rule 15 Depositions be Conducted in the Presence of the Court. Telephonic Motion Hearing set for 5/27/2020 at 1:30 PM in Orlando Courtroom 4B before Judge Paul G. Byron. The parties shall call 888-363-4735 ten (10) minutes before the hearing is scheduled to begin. Access Code: 3126210. Security Code: 052720.(GNB) copies e-mailed (Entered: 05/22/2020) |
| 05/27/2020 | 56 | Minute Entry for proceedings held before Judge Paul G. Byron: MOTION hearing as to Ivan Andre Scott held on 5/27/2020 re 54 MOTION to Continue Trial, or in the Alternative, that Rule 15 Depositions be Conducted in the Presence of the Court filed by USA. Court Reporter: Koretta Stanford (GNB) (Entered: 05/27/2020) |
| 05/27/2020 | 57 | **ORAL ORDER granting 54 Motion to Continue or to Conduct Rule 15** |

|  |  | Depositions in the Presence of the Court as to Ivan Andre Scott (1). The Court will preside over the depositions. Rendered in Open Court by Judge Paul G. Byron on 5/27/2020. (GNB) (Entered: 05/27/2020) |
|---|---|---|
| 06/01/2020 | 58 | NOTICE OF HEARING as to Ivan Andre Scott: Deposition set for 6/24/2020 at 11:00 AM in Orlando Courtroom 3A before Judge Paul G. Byron.(GNB) copies e-mailed (Entered: 06/01/2020) |
| 06/01/2020 | 59 | NOTICE OF HEARING as to Ivan Andre Scott: Deposition set for 6/25/2020 at 10:00 AM in Orlando Courtroom 3A before Judge Paul G. Byron. (GNB) copies e-mailed (Entered: 06/01/2020) |
| 06/01/2020 | 60 | NOTICE OF HEARING as to Ivan Andre Scott: Deposition set for 6/26/2020 at 10:00 AM in Orlando Courtroom 3A before Judge Paul G. Byron. (GNB) copies e-mailed (Entered: 06/01/2020) |
| 06/08/2020 | 61 | NOTICE re 53 Order Setting Status Conference for 6/15/2020. This hearing will be held telephonically. The parties shall call 888-363-4735 ten (10) minutes before the hearing is set to begin. Access Code: 3126210. Security Code: 061520. (GNB) copies e-mailed (Entered: 06/08/2020) |
| 06/15/2020 | 62 | Minute Entry for proceedings held before Judge Paul G. Byron: STATUS Conference as to Ivan Andre Scott held on 6/15/2020. Court Reporter: Koretta Stanford (GNB) (Entered: 06/16/2020) |
| 06/22/2020 | 63 | NOTICE OF HEARING as to Ivan Andre Scott: Telephone Conference set for 6/22/2020 at 2:30 PM in Orlando Courtroom 4B before Judge Paul G. Byron. The parties shall call 888-363-4735 ten (10) minutes before the hearing is set to begin. Access Code: 3126210. Security Code: 062220. (GNB) copies e-mailed (Entered: 06/22/2020) |
| 06/22/2020 | 64 | Minute Entry for proceedings held before Judge Paul G. Byron: TELEPHONE Conference as to Ivan Andre Scott held on 6/22/2020. Court Reporter: Amie First (GNB)copies e-mailed (Entered: 06/22/2020) |
| 06/24/2020 | 65 | Minute Entry for proceedings held before Judge Paul G. Byron: Depositions of Kathryn Baltimore and Lawrence Ngu as to Ivan Andre Scott held on 6/24/2020. (GNB)copies e-mailed (Entered: 06/24/2020) |
| 06/25/2020 | 66 | Minute Entry for proceedings held before Judge Paul G. Byron: Depositions of Carlos Bell and Teri Richardson as to Ivan Andre Scott held on 6/25/2020. (GNB)copies e-mailed (Entered: 06/25/2020) |
| 06/26/2020 | 67 | Minute Entry for proceedings held before Judge Paul G. Byron: Depositions of Lily Walker and Bie Etinge as to Ivan Andre Scott held on 6/26/2020. (GNB) copies e-mailed (Entered: 06/26/2020) |
| 06/26/2020 | 68 | EXHIBIT LIST (Depositions) by USA as to Ivan Andre Scott. (GNB) (Additional attachment(s) added on 7/10/2020: # 1 Exhibit 464, # 2 Exhibit 464 Unredacted) (GNB). (Entered: 06/26/2020) |
| 07/02/2020 | 69 | **ORDER continuing trial as to Ivan Andre Scott. Jury Trial set for the September term commencing on 9/1/2020 at 9:00 AM in Orlando Courtroom 4B before Judge Paul G. Byron. Status Conference set for 8/17/2020 at 4:00 PM in Orlando Courtroom 4B before Judge Paul G. Byron. Signed by Judge Paul G. Byron on 7/2/2020. (GNB)** copies e-mailed (Entered: 07/02/2020) |
| 08/07/2020 | 70 | NOTICE OF RESCHEDULING HEARING: The Status Conference previously scheduled for 8/17/2020 is rescheduled as to Ivan Andre Scott as a Telephone |

| | | |
|---|---|---|
| | | Conference set for 8/17/2020 at 4:00 PM in Orlando Courtroom 4B before Judge Paul G. Byron. The parties shall call 888-363-4735 ten (10) minutes before the hearing is set to begin. Access Code: 3126210. Security Code: 081720. (GNB) copies e-mailed (Entered: 08/07/2020) |
| 08/17/2020 | 71 | Minute Entry for proceedings held before Judge Paul G. Byron: STATUS Conference as to Ivan Andre Scott held on 8/17/2020. Court Reporter: Koretta Stanford (GNB) (Entered: 08/18/2020) |
| 08/17/2020 | 72 | NOTICE OF HEARING as to Ivan Andre Scott: Jury Trial set for 10/9/2020 at 9:00 AM in Orlando Courtroom 4B before Judge Paul G. Byron, U.S. District Court, 401 West Central Blvd, Orlando, Florida. Defendant's presence required. The Court has set aside two (2) weeks for this trial. (GNB) copies e-mailed (Entered: 08/18/2020) |
| 08/18/2020 | 73 | NOTICE *of Filing of Deposition Transcripts* by USA as to Ivan Andre Scott (Attachments: # 1 Exhibit Deposition of Kathryn Baltimore on 6/24/20, # 2 Exhibit Deposition of Carlos Bell on 6/25/20, # 3 Exhibit Deposition of Bie Etinge on 6/26/20, # 4 Exhibit Deposition of Lawrence Ngu on 6/24/20, # 5 Exhibit Deposition of Teri Richardson on 6/25/20, # 6 Exhibit Deposition of Lillie Walker on 6/26/20)(Salicrup, Alejandro) (Entered: 08/18/2020) |
| 09/15/2020 | 74 | **CRIMINAL PRETRIAL ORDER as to Ivan Andre Scott. Signed by Judge Paul G. Byron on 9/15/2020. (GNB) copies e-mailed** (Entered: 09/15/2020) |
| 09/16/2020 | 75 | NOTICE OF ATTORNEY APPEARANCE Jamie A. de Boer appearing for USA. (de Boer, Jamie) (Entered: 09/16/2020) |
| 09/18/2020 | 76 | NOTICE *of Intent to Offer into Evidence at Trial Certified Domestic Records* by USA as to Ivan Andre Scott (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(Salicrup, Alejandro) (Entered: 09/18/2020) |
| 10/02/2020 | 77 | Emergency MOTION for Order Requiring Witness Quarantine due to COV-19 and Pre-Trial Status Conference to Discuss COV-19 Procedures by USA as to Ivan Andre Scott. (Salicrup, Alejandro) Modified docket text on 10/5/2020 (MEJ). (Entered: 10/02/2020) |
| 10/05/2020 | 78 | NOTICE OF HEARING ON MOTION re 77 Emergency MOTION for Order Requiring Witness Quarantine due to COV-19 and Pre-Trial Status Conference to Discuss COV-19 Procedures. Telephonic Motion Hearing set for 10/5/2020 at 2:30 PM in Orlando Courtroom 4B before Judge Paul G. Byron. The parties shall call 888-363-4735 ten (10) minutes before the hearing is set to begin. Access Code: 3126210. Security Code: 100520. Defense counsel should notify his client to appear on the call as well if possible. (GNB) copies e-mailed (Entered: 10/05/2020) |
| 10/05/2020 | 79 | Minute Entry for proceedings held before Judge Paul G. Byron: MOTION hearing as to Ivan Andre Scott held on 10/5/2020 re 77 Emergency MOTION for Order Requiring Witness Quarantine due to COV-19 and Pre-Trial Status Conference to Discuss COV-19 Procedures filed by USA. Court Reporter: Koretta Stanford (GNB)copies e-mailed (Entered: 10/05/2020) |
| 10/05/2020 | 80 | ORAL MOTION to Continue Trial by USA as to Ivan Andre Scott. (GNB) (Entered: 10/05/2020) |
| 10/05/2020 | 81 | **ORAL ORDER granting 80 Motion to Continue as to Ivan Andre Scott (1). After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record, the Court finds that the ends of justice** |

| | | |
|---|---|---|
| | | served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. **The Court, therefore, determines that the time from today until and including January 31, 2021 shall be "excludable time" pursuant to 18 U.S.C. § 3161(h). Date Certain Jury Trial set for 1/4/2021 at 9:00 AM in Orlando Courtroom 4B before Judge Paul G. Byron. Rendered in Open Court by Judge Paul G. Byron on 10/5/2020. (GNB)** (Entered: 10/05/2020) |
| 10/05/2020 | 82 | **ENDORSED ORDER denying as moot 77 Motion for Order Requiring Witness Quarantine as to Ivan Andre Scott (1). Signed by Judge Paul G. Byron on 10/5/2020. (GNB)** (Entered: 10/05/2020) |
| 12/02/2020 | 83 | **ORDER as to Ivan Andre Scott: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (KNC)** (Entered: 12/02/2020) |
| 12/28/2020 | 84 | EXHIBIT LIST by USA as to Ivan Andre Scott (de Boer, Jamie) (Entered: 12/28/2020) |
| 12/28/2020 | 85 | WITNESS LIST by USA as to Ivan Andre Scott (de Boer, Jamie) (Entered: 12/28/2020) |
| 12/28/2020 | 86 | Joint Factual STIPULATION of the Parties by USA as to Ivan Andre Scott . (de Boer, Jamie) Modified text on 12/29/2020 (MEJ). (Entered: 12/28/2020) |
| 12/31/2020 | 87 | WITNESS LIST by Ivan Andre Scott (Smith, James) (Entered: 12/31/2020) |
| 12/31/2020 | 88 | EXHIBIT LIST by Ivan Andre Scott (Smith, James) (Entered: 12/31/2020) |
| 01/03/2021 | 89 | MOTION in Limine *to Preclude Testimony of Robyn Lynn Sztyndor And Exclude Defense Exhibits 35-36 and 39-42* by USA as to Ivan Andre Scott. (Salicrup, Alejandro) (Entered: 01/03/2021) |
| 01/04/2021 | 90 | **ORDER directing the clerk to order lunch for the jurors for the duration of trial. Signed by Judge Paul G. Byron on 1/4/2021. (GNB) copies e-mailed** (Entered: 01/04/2021) |
| 01/04/2021 | 92 | Minute Entry for In Person proceedings held before Judge Paul G. Byron: JURY TRIAL (Day 1) as to Ivan Andre Scott held on 1/4/2021. Court Reporter: Nikki L. Peters (GNB)copies e-mailed (Entered: 01/05/2021) |
| 01/05/2021 | 91 | NOTICE *of Production of Discovery and Impeachment Material* by USA as to Ivan Andre Scott (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Loper, Timothy) (Entered: 01/05/2021) |
| 01/05/2021 | 93 | Minute Entry for In Person proceedings held before Judge Paul G. Byron: JURY TRIAL (DAY 2) as to Ivan Andre Scott held on 1/5/2021. Court Reporter: Nikki L. Peters (GNB)copies e-mailed (Entered: 01/05/2021) |
| 01/06/2021 | 94 | NOTICE OF ATTORNEY APPEARANCE Kathryn C. Furtado appearing for USA. *for the limited purpose of representing the filter team* (Furtado, Kathryn) (Entered: 01/06/2021) |
| 01/06/2021 | 95 | MOTION for Discovery *Authorization to Produce Discovery* by USA as to Ivan Andre Scott. (Attachments: # 1 Text of Proposed Order)(Furtado, Kathryn) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 01/06/2021) |

| 01/06/2021 | 96 | Minute Entry for In Person proceedings held before Judge Paul G. Byron: JURY TRIAL (Day 3) as to Ivan Andre Scott held on 1/6/2021. Court Reporter: Nikki L. Peters (GNB) (Entered: 01/07/2021) |
|---|---|---|
| 01/06/2021 | 97 | **ORAL ORDER granting in part and denying in part 95 Motion for Authorization to Produce Discovery and Impeachment Material as to Ivan Andre Scott (1). For the reasons stated on the record, the United States shall produce the email correspondence between James Simmons, his counsel Stuart Oberman, and Robyn Sztndor. The Motion is otherwise denied. Rendered in Open Court by Judge Paul G. Byron on 1/6/2021. (GNB)** (Entered: 01/07/2021) |
| 01/07/2021 | 98 | Minute Entry for In Person proceedings held before Judge Paul G. Byron: JURY TRIAL (Day 4) as to Ivan Andre Scott held on 1/7/2021. Court Reporter: Nikki L. Peters (GNB)copies e-mailed (Entered: 01/08/2021) |
| 01/07/2021 | 99 | ORAL MOTION for Judgment of Acquittal by Ivan Andre Scott. (GNB) (Entered: 01/08/2021) |
| 01/07/2021 | 100 | **ORAL ORDER denying 99 Motion for Judgment of Acquittal as to Ivan Andre Scott (1) for the reasons stated on the record. Rendered in Open Court by Judge Paul G. Byron on 1/7/2021. (GNB)** (Entered: 01/08/2021) |
| 01/08/2021 | 101 | Minute Entry for In Person proceedings held before Judge Paul G. Byron: JURY TRIAL (Day 5) as to Ivan Andre Scott held on 1/8/2021. Court Reporter: Nikki L. Peters (GNB) (Entered: 01/08/2021) |
| 01/08/2021 | 102 | COURT'S JURY INSTRUCTIONS as to Ivan Andre Scott. (GNB) (Entered: 01/11/2021) |
| 01/08/2021 | 103 | JURY VERDICT as to Ivan Andre Scott (1) Guilty on Count 1, 2-4, 5, 6-8. (GNB) (GNB). (Entered: 01/11/2021) |
| 01/08/2021 | 104 | REDACTED INDICTMENT given to the jury for their deliberations. (GNB) (Entered: 01/11/2021) |
| 01/08/2021 | 105 | GOVERNMENT'S EXHIBIT LIST (Trial) by USA as to Ivan Andre Scott. (GNB) (Additional attachment(s) added on 2/9/2021: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 101A - CD not scanned, # 9 Exhibit 101B - CD not scanned, # 10 Exhibit 101C - CD not scanned, # 11 Exhibit 104, # 12 Exhibit 105, # 13 Exhibit 106, # 14 Exhibit 109, # 15 Exhibit 110, # 16 Exhibit 111, # 17 Exhibit 112, # 18 Exhibit 114, # 19 Exhibit 201, # 20 Exhibit 201A, # 21 Exhibit 202, # 22 Exhibit 203, # 23 Exhibit 204 - CD not scanned, # 24 Exhibit 205 - CD not scanned, # 25 Exhibit 206 - CD not scanned, # 26 Exhibit 207 - CD not scanned, # 27 Exhibit 208, # 28 Exhibit 209, # 29 Exhibit 210) (GNB). (Additional attachment(s) added on 2/9/2021: # 30 Exhibit 301A - CD not scanned, # 31 Exhibit 301B - CD not scanned, # 32 Exhibit 302, # 33 Exhibit 303, # 34 Exhibit 304 - CD not scanned, # 35 Exhibit 305, # 36 Exhibit 308 - CD not scanned, # 37 Exhibit 309, # 38 Exhibit 310 - CD not scanned, # 39 Exhibit 311 - CD not scanned, # 40 Exhibit 312, # 41 Exhibit 313, # 42 Exhibit 401, # 43 Exhibit 402, # 44 Exhibit 403, # 45 Exhibit 404, # 46 Exhibit 405, # 47 Exhibit 406, # 48 Exhibit 407, # 49 Exhibit 409, # 50 Exhibit 410, # 51 Exhibit 411, # 52 Exhibit 412, # 53 Exhibit 413, # 54 Exhibit 414, # 55 Exhibit 415, # 56 Exhibit 416, # 57 Exhibit 417, # 58 Exhibit 419, # 59 Exhibit 420, # 60 Exhibit 421, # 61 Exhibit 422, # 62 Exhibit 423, # 63 Exhibit 424, # 64 Exhibit 425, # 65 Exhibit 426, # 66 Exhibit 427, # 67 Exhibit 428, # 68 Exhibit 429, # 69 Exhibit 430, # 70 Exhibit 431, # 71 Exhibit 432) (GNB). (Additional attachment(s) added on 2/9/2021: # 72 Exhibit 433, # 73 Exhibit 434, # 74 Exhibit 435, # 75 Exhibit 436, # 76 Exhibit 437, # 77 Exhibit 438, # 78 Exhibit 439, # |

| | | |
|---|---|---|
| | | 79 Exhibit 440, # 80 Exhibit 441, # 81 Exhibit 445, # 82 Exhibit 446, # 83 Exhibit 447, # 84 Exhibit 448, # 85 Exhibit 449, # 86 Exhibit 450, # 87 Exhibit 451, # 88 Exhibit 452, # 89 Exhibit 453, # 90 Exhibit 454, # 91 Exhibit 455, # 92 Exhibit 455A, # 93 Exhibit 455B, # 94 Exhibit 455C, # 95 Exhibit 455D, # 96 Exhibit 455E, # 97 Exhibit 455F, # 98 Exhibit 455G, # 99 Exhibit 456, # 100 Exhibit 456A, # 101 Exhibit 456B, # 102 Exhibit 456C, # 104 Exhibit 456D, # 105 Exhibit 456E, # 106 Exhibit 456F, # 107 Exhibit 456G, # 108 Exhibit 456H, # 109 Exhibit 456I, # 110 Exhibit 456J, # 111 Exhibit 456K, # 112 Exhibit 456L, # 113 Exhibit 456M, # 114 Exhibit 456N, # 115 Exhibit 456O, # 116 Exhibit 456P, # 117 Exhibit 456Q, # 118 Exhibit 456R, # 119 Exhibit 456S, # 120 Exhibit 456T, # 121 Exhibit 456U, # 122 Exhibit 456V, # 123 Exhibit 456W, # 124 Exhibit 456X, # 125 Exhibit 456Y, # 126 Exhibit 456Z, # 127 Exhibit 456AA, # 128 Exhibit 456BB, # 129 Exhibit 456CC, # 130 Exhibit 456DD, # 131 Exhibit 456EE, # 132 Exhibit 456FF, # 133 Exhibit 456GG, # 134 Exhibit 457, # 135 Exhibit 458, # 136 Exhibit 459, # 137 Exhibit 460, # 138 Exhibit 461, # 139 Exhibit 462, # 140 Exhibit 464, # 141 Exhibit 469, # 142 Exhibit 501, # 143 Exhibit 502, # 144 Exhibit 503, # 145 Exhibit 504, # 146 Exhibit 505, # 147 Exhibit 506, # 148 Exhibit 507, # 149 Exhibit 508, # 150 Exhibit 509, # 151 Exhibit 510, # 152 Exhibit 511, # 153 Exhibit 512, # 154 Exhibit 601 - CD not scanned, # 155 Exhibit 602, # 156 Exhibit 701, # 157 Exhibit 801, # 158 Exhibit 802, # 159 Exhibit 901 - CD not scanned, # 160 Exhibit 902, # 161 Exhibit 903 - CD not scanned, # 162 Exhibit 904, # 163 Exhibit 905 - CD not scanned, # 164 Exhibit 906, # 165 Exhibit 907 - CD not scanned, # 166 Exhibit 908, # 167 Exhibit 909 - CD not scanned, # 168 Exhibit 910, # 169 Exhibit 911 - CD not scanned, # 170 Exhibit 912) (GNB). Modified on 2/9/2021 (GNB). (Entered: 01/11/2021) |
| 01/08/2021 | 106 | COURT'S EXHIBIT LIST (Trial) as to Ivan Andre Scott. (GNB) (Additional attachment(s) added on 1/22/2021: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (GNB). (Entered: 01/11/2021) |
| 01/08/2021 | 107 | **ENDORSED ORDER denying as moot 89 Motion in Limine as to Ivan Andre Scott (1). Signed by Judge Paul G. Byron on 1/8/2021. (GNB)** (Entered: 01/11/2021) |
| 01/11/2021 | 108 | NOTICE OF HEARING as to Ivan Andre Scott: Sentencing set for 4/14/2021 at 3:30 PM in Orlando Courtroom 4B before Judge Paul G. Byron, U.S. District Court, 401 West Central Blvd, Orlando, Florida. Defendant's presence required. The Court has set aside forty-five (45) minutes for this hearing. (GNB) copies e-mailed (Entered: 01/11/2021) |
| 01/11/2021 | 109 | **CASE MANAGEMENT ORDER ON SENTENCING as to Ivan Andre Scott. Signed by Judge Paul G. Byron on 1/11/2021. (GNB) copies e-mailed** (Entered: 01/11/2021) |
| 01/13/2021 | 110 | WITNESS LIST by USA as to Ivan Andre Scott (Salicrup, Alejandro) (Entered: 01/13/2021) |
| 01/20/2021 | 111 | NOTICE OF ATTORNEY APPEARANCE: Claudia Teresa Pastorius appearing for Ivan Andre Scott (Pastorius, Claudia) (Entered: 01/20/2021) |
| 01/20/2021 | 112 | Unopposed MOTION to Extend Time to Time to File Post-Conviction Motions by Ivan Andre Scott. (Pastorius, Claudia) (Entered: 01/20/2021) |
| 01/20/2021 | 113 | **ENDORSED ORDER granting 112 Motion to Extend Time as to Ivan Andre Scott (1). This will be the only extension the Court will grant and this extension will not impact the sentencing date. Signed by Judge Paul G. Byron on 1/20/2021. (GNB) copies e-mailed** (Entered: 01/20/2021) |

| | | |
|---|---|---|
| 01/22/2021 | [114](#) | **ORDER re: exhibits as to Ivan Andre Scott. Signed by Judge Paul G. Byron on 1/22/2021. (GNB) copies e-mailed** (Entered: 01/22/2021) |
| 01/25/2021 | [115](#) | TRANSCRIPT of Jury Trial, Volume I (excludes voir dire and jury selection) as to Ivan Andre Scott held on January 4, 2021 before Judge Paul G. Byron. Court Reporter/Transcriber Nikki Peters, RPR, CRR, CRC, Telephone number courttranscripts@outlook.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 2/16/2021, Redacted Transcript Deadline set for 2/25/2021, Release of Transcript Restriction set for 4/26/2021. (NLP) (Entered: 01/25/2021) |
| 01/25/2021 | [116](#) | TRANSCRIPT of Jury Trial, Volume II as to Ivan Andre Scott held on January 5, 2021 before Judge Paul G. Byron. Court Reporter/Transcriber Nikki Peters, RPR, CRR, CRC, Telephone number courttranscripts@outlook.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 2/16/2021, Redacted Transcript Deadline set for 2/25/2021, Release of Transcript Restriction set for 4/26/2021. (NLP) (Entered: 01/25/2021) |
| 01/25/2021 | [117](#) | TRANSCRIPT of Jury Trial, Volume III as to Ivan Andre Scott held on January 6, 2021 before Judge Paul G. Byron. Court Reporter/Transcriber Nikki Peters, RPR, CRR, CRC, Telephone number courttranscripts@outlook.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 2/16/2021, Redacted Transcript Deadline set for 2/25/2021, Release of Transcript Restriction set for 4/26/2021. (NLP) (Entered: 01/25/2021) |
| 01/25/2021 | [118](#) | TRANSCRIPT of Jury Trial, Volume IV as to Ivan Andre Scott held on January 7, 2021 before Judge Paul G. Byron. Court Reporter/Transcriber Nikki Peters, RPR, CRR, CRC, Telephone number courttranscripts@outlook.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 2/16/2021, Redacted Transcript Deadline set for 2/25/2021, Release of Transcript Restriction set for 4/26/2021. (NLP) (Entered: 01/25/2021) |
| 01/25/2021 | [119](#) | TRANSCRIPT of Jury Trial, Volume V as to Ivan Andre Scott held on January 8, 2021 before Judge Paul G. Byron. Court Reporter/Transcriber Nikki Peters, RPR, CRR, CRC, Telephone number courttranscripts@outlook.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 2/16/2021, Redacted Transcript Deadline set for 2/25/2021, Release of Transcript Restriction set for 4/26/2021. (NLP) (Entered: 01/25/2021) |
| 01/25/2021 | 120 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to Ivan Andre Scott. Court Reporter: Nikki L. Peters (NLP) (Entered: 01/25/2021) |

| 02/01/2021 | 121 | NOTICE regarding exhibit certification by USA and Ivan Andre Scott. (GNB) (Entered: 02/01/2021) |
|---|---|---|
| 02/22/2021 | 122 | Second MOTION for Judgment of Acquittal by Ivan Andre Scott. (Pastorius, Claudia) (Entered: 02/22/2021) |
| 02/22/2021 | 123 | First MOTION for New Trial by Ivan Andre Scott. (Pastorius, Claudia) (Entered: 02/22/2021) |
| 02/23/2021 | 124 | First MOTION to Correct 122 Second MOTION for Judgment of Acquittal filed by Ivan Andre Scott *to Add Exhibits* by Ivan Andre Scott. (Attachments: # 1 Exhibit Exhibit A Through I, # 2 Exhibit Exhibits J Through M)(Pastorius, Claudia) (Entered: 02/23/2021) |
| 02/23/2021 | 125 | First MOTION to Correct 123 First MOTION for New Trial filed by Ivan Andre Scott *to Add Exhibits* by Ivan Andre Scott. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Pastorius, Claudia) (Entered: 02/23/2021) |
| 02/23/2021 | 126 | **ENDORSED ORDER granting 124 Motion to Correct as to Ivan Andre Scott (1); granting 125 Motion to Correct as to Ivan Andre Scott (1). Counsel is DIRECTED to re-file the motions with the exhibits attached. Signed by Judge Paul G. Byron on 2/23/2021. (GNB) copies e-mailed** (Entered: 02/23/2021) |
| 02/23/2021 | 127 | **ENDORSED ORDER denying as moot 122 Motion for Acquittal as to Ivan Andre Scott (1); denying as moot 123 Motion for New Trial as to Ivan Andre Scott (1). See Order at 126. Signed by Judge Paul G. Byron on 2/23/2021. (GNB) copies e-mailed** (Entered: 02/23/2021) |
| 02/23/2021 | 128 | Second MOTION for Judgment of Acquittal by Ivan Andre Scott. (Attachments: # 1 Exhibit Exhibits A through I, # 2 Exhibit Exhibits J through M)(Pastorius, Claudia) (Entered: 02/23/2021) |
| 02/23/2021 | 129 | First MOTION for New Trial by Ivan Andre Scott. (Attachments: # 1 Exhibit Composite A)(Pastorius, Claudia) (Entered: 02/23/2021) |
| 03/08/2021 | 130 | RESPONSE in Opposition by USA as to Ivan Andre Scott re 128 Second MOTION for Judgment of Acquittal (de Boer, Jamie) (Entered: 03/08/2021) |
| 03/08/2021 | 131 | RESPONSE in Opposition by USA as to Ivan Andre Scott re 129 First MOTION for New Trial (Attachments: # 1 Exhibit)(Salicrup, Alejandro) (Entered: 03/08/2021) |
| 03/15/2021 | 133 | First MOTION for Leave to File Document *Reply to Government Opposition to Rule 29 Motion* by Ivan Andre Scott. (Pastorius, Claudia) (Entered: 03/15/2021) |
| 03/15/2021 | 134 | First MOTION for Leave to File Document *Reply to Government Opposition to Rule 33 Motion* by Ivan Andre Scott. (Pastorius, Claudia) (Entered: 03/15/2021) |
| 03/16/2021 | 135 | **ENDORSED ORDER denying 133 Motion for Leave to File Reply as to Ivan Andre Scott (1); denying 134 Motion for Leave to File Reply as to Ivan Andre Scott (1). Signed by Judge Paul G. Byron on 3/16/2021. (GNB) copies e-mailed** (Entered: 03/16/2021) |
| 03/16/2021 | 136 | **ORDER denying 128 Motion for Judgment of Acquittal as to Ivan Andre Scott (1). Signed by Judge Paul G. Byron on 3/15/2021. (GNB) copies e-mailed** Modified text on 3/17/2021 (MEJ). (Entered: 03/16/2021) |
| 03/16/2021 | 137 | **ORDER denying 129 Motion for New Trial as to Ivan Andre Scott (1). Signed by Judge Paul G. Byron on 3/16/2021. (GNB) copies e-mailed** Modified on 3/17/2021 (MEJ) (Entered: 03/16/2021) |

| 04/05/2021 | 138 | MOTION for Order of forfeiture by USA as to Ivan Andre Scott. (Andrejko, Nicole) Modified text on 4/6/2021 (MEJ). (Entered: 04/05/2021) |
|---|---|---|
| 04/06/2021 | 139 | **ORDER OF FORFEITURE granting 138 Motion for Order of Forfeiture as to Ivan Andre Scott (1). Signed by Judge Paul G. Byron on 4/6/2021. (GNB) copies e-mailed** (Entered: 04/06/2021) |
| 04/06/2021 | 140 | SENTENCING MEMORANDUM by USA as to Ivan Andre Scott (Salicrup, Alejandro) (Entered: 04/06/2021) |
| 04/07/2021 | 141 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 4/14/2021 at 3:30 PM is rescheduled as to Ivan Andre Scott for 4/14/2021 at 2:00 PM in Orlando Courtroom 4B before Judge Paul G. Byron. The Court has set aside ninety (90) minutes for this sentencing. (GNB) copies e-mailed (Entered: 04/07/2021) |
| 04/07/2021 | 144 | NOTICE *OF CHARACTER WITNESS TESTIMONY* by Ivan Andre Scott (Pastorius, Claudia) (Entered: 04/07/2021) |
| 04/07/2021 | 145 | NOTICE *OF CHARACTER WITNESS TESTIMONY* by Ivan Andre Scott (Pastorius, Claudia) (Entered: 04/07/2021) |
| 04/07/2021 | 146 | Sentencing Memorandum and MOTION for Downward Departure and Variance re 140 Sentencing Memorandum by Ivan Andre Scott. (Attachments: # 1 Exhibit A - Operation Double Helix, # 2 Exhibit B - Support Letters, # 3 Exhibit C - Spreadsheet) (Pastorius, Claudia) Modified event on 4/8/2021 (MEJ). (Entered: 04/07/2021) |
| 04/13/2021 | 147 | First MOTION to Dismiss *Indictment for Falure to State an Offense* by Ivan Andre Scott. (Attachments: # 1 Exhibit A, A1, A2, A3, A4, # 2 Exhibit B1, B2, B3, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Pastorius, Claudia) (Entered: 04/13/2021) |
| 04/13/2021 | 148 | First MOTION for Bond Pending Appeal and Stay of Sentence by Ivan Andre Scott. (Pastorius, Claudia) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified text on 4/14/2021 (MEJ). (Entered: 04/13/2021) |
| 04/14/2021 | 149 | NOTICE *of Filing Supplemental Support Letters* by Ivan Andre Scott re 146 Sentencing Memorandum and MOTION for Downward Departure and Variance re 140 Sentencing Memorandum. (Pastorius, Claudia) (Entered: 04/14/2021) |
| 04/14/2021 | 150 | **ENDORSED ORDER re 148 First MOTION for Bond Pending Appeal and Stay of Sentence filed by Ivan Andre Scott, 147 First MOTION to Dismiss *Indictment for Falure to State an Offense* filed by Ivan Andre Scott. The sentencing will move forward as previously scheduled. The Court will address these matters at the sentencing hearing. Signed by Judge Paul G. Byron on 4/14/2021. (GNB) copies e-mailed** (Entered: 04/14/2021) |
| 04/14/2021 | 151 | Minute Entry for In Person proceedings held before Judge Paul G. Byron: SENTENCING held on 4/14/2021 for Ivan Andre Scott (1), Counts 1, 2-4, 5, 6-8, IMPRISONMENT: 120 months. This consists of a 120-month term as to each of Counts One through Four, and a 60-month term as to each of Counts Five through Eight, all such terms to run concurrently; SUPERVISED RELEASE: 2 years. This term consists of a 2-year term as to each of Counts One through Eight, all such terms to run concurrently; FINE: Waived; SPECIAL ASSESSMENT: $800.00 ($100.00 per count). Court Reporter: Nikki L. Peters (GNB)copies e-mailed (Entered: 04/14/2021) |
| 04/14/2021 | 152 | **ORAL ORDER granting 146 Motion for Downward Variance as to Ivan Andre Scott (1); denying 147 Motion to Dismiss as to Ivan Andre Scott (1); denying 148** |

| | | |
|---|---|---|
| | | **Bond Pending Appeal and Stay of Sentence as to Ivan Andre Scott (1) for the reasons stated on the record. Rendered in Open Court by Judge Paul G. Byron on 4/14/2021. (GNB)** (Entered: 04/14/2021) |
| 04/15/2021 | 153 | **JUDGMENT as to Ivan Andre Scott (1), Counts 1, 2-4, 5, 6-8, IMPRISONMENT: 120 months. This consists of a 120-month term as to each of Counts One through Four, and a 60-month term as to each of Counts Five through Eight, all such terms to run concurrently; SUPERVISED RELEASE: 2 years. This term consists of a 2-year term as to each of Counts One through Eight, all such terms to run concurrently; FINE: Waived; SPECIAL ASSESSMENT: $800.00 ($100.00 per count). Signed by Judge Paul G. Byron on 4/15/2021. (GNB) copies e-mailed** (Entered: 04/15/2021) |
| 04/28/2021 | 155 | NOTICE OF APPEAL by Ivan Andre Scott re 153 Judgment,,. Filing fee paid $ 505, receipt number AFLMDC-18186258. (Pastorius, Claudia) (Entered: 04/28/2021) |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v**

**IVAN ANDRE SCOTT**

---

**Case Number: 6:19-cr-209-PGB-LRH**

**USM Number: 72683-018**

**James Wesley Smith, III, Retained**
**120 East Robinson St.**
**Orlando, FL 32801**

**Claudia Teresa Pastorius, Retained**
**802 E. New Haven Ave**
**Melbourne, FL 32901**

## JUDGMENT IN A CRIMINAL CASE

The defendant was found guilty to Counts One, Two, Three, Four, Five, Six, Seven, and Eight of the Indictment. The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Health Care Fraud | May 31, 2019 | One |
| 18 U.S.C. § 1347 | Health Care Fraud | May 3, 2019 | Two |
| 18 U.S.C. § 1347 | Health Care Fraud | April 5, 2019 | Three |
| 18 U.S.C. § 1347 | Health Care Fraud | March 13, 2019 | Four |
| 18 U.S.C. § 371, 42 U.S.C. §§ 1320a-7b(b)(1) and 1320a-7b(b)(2) | Conspiracy to Defraud the United States Offer and Pay and Solicit and Receive Health Care Kickbacks | May 31, 2019 | Five |
| 42 U.S.C. § 1320a-7b(b)(1)(A) and 18 U.S.C. § 2 | Receipt of Kickbacks in Connection with a Federal Health Care Program | November 30, 2018 | Six |
| 42 U.S.C. § 1320a-7b(b)(1)(A) and 18 U.S.C. § 2 | Receipt of Kickbacks in Connection with a Federal Health Care Program | December 21, 2018 | Seven |
| 42 U.S.C. § 1320a-7b(b)(1)(A) and 18.U.S.C. § 2 | Receipt of Kickbacks in Connection with a Federal Health Care Program | December 28, 2018 | Eight |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

**Ivan Andre Scott**
**6:19-cr-209-PGB-LRH**

Date of Imposition of Sentence:

April 14, 2021

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

April ___, 2021

**Ivan Andre Scott**
6:19-cr-209-PGB-LRH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **ONE HUNDRED TWENTY (120) MONTHS**. This consists of a 120-month term as to each of Counts One through Four, and a 60-month term as to each of Counts Five through Eight, all such terms to run concurrently.

The Court makes the following recommendations to the Bureau of Prisons:
1. Confinement at FCI Coleman, FL

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before 2:00 P.M. on May 14, 2021** as notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Ivan Andre Scott
6:19-cr-209-PGB-LRH

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of **TWO (2) YEARS**. This term consists of a 2-year term as to each of Counts One through Eight, all such terms to run concurrently.

## MANDATORY CONDITIONS

1.    You must not commit another federal, state or local crime.
2.    You must not unlawfully possess a controlled substance.
3.    You must refrain from any unlawful use of controlled substance. You must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. You must submit to random drug testing not to exceed 104 tests per year.
4.    You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.
5.    You must cooperate in the collection of DNA as directed by the probation officer.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the additional conditions as follows.

Ivan Andre Scott
6:19-cr-209-PGB-LRH

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10   days  in  advance  is  not  possible  due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within **72 hours**.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:_____     Date:_____

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Ivan Andre Scott
6:19-cr-209-PGB-LRH

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1.    The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

2.    The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the probation officer.  The defendant shall provide the probation officer access to any requested financial information.

3.    The defendant shall cooperate in the collection of DNA, as directed by the probation officer.

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

|  | Assessment | Restitution | Fine | AVAA Assessment[1] | JVTA Assessment[2] |
|---|---|---|---|---|---|
| TOTALS | $800.00 | $1,351,483.72 | Waived | N/A | N/A |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Loss[3] | Restitution Ordered |
|---|---|---|
| U.S. Department of Health and Human Services
Center for Medicare and Medicaid Services
Division of Premium Collection and Billing
P.O. Box 7520
Baltimore, MD 21207 |  | $1,351,483.72 |

[1] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
[3] Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Ivan Andre Scott
6:19-cr-209-PGB-LRH

## SCHEDULE OF PAYMENTS

While in the custody of the Bureau of Prisons, the defendant shall either (1) pay at least $25.00 quarterly if working non-Unicor or (2) pay at least 50 percent of his or her monthly earnings if working in a Unicor position. Upon release from custody, the defendant is ordered to begin making payments of $150.00 per month and this payment schedule shall continue until such time as the Court is notified by the defendant, the victim or the government that there has been a material change in the ability to pay. **The Court finds that the defendant does not have the ability to pay interest and the Court waives the interest requirement for the restitution.**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk, U.S. District Court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

### Joint and Several

Restitution shall be paid jointly and severally with:
Case Number: 6:20-CR-33-PGB-LRH
Defendant and Co-Defendant Names: Manuel Larenas (1)
*(including defendant number)*

| Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|
| $1,351,483.72 | $1,351,483.72 | U.S. Department of Health and Human Services |

## FORFEITURE

Defendant shall forfeit to the United States those assets previously identified in the Indictment and Order of Forfeiture (Doc. 139), that are subject to forfeiture.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).